AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Richard Avon Green </br> *Petitioner* </br> v. </br> Warden Palmer Pre-Release Center </br> *Respondent* | ) </br> ) </br> )    Civil Action No.    5:18-cv-1901-JFA </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: This petition is dismissed without prejudice and without issuance and service of process. A certificate of appealability is denied..

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge who adopted the Report and Recommendation of the Honorable Kaymani D West, United States Magistrate Judge.

Date:  April 19, 2019                *CLERK OF COURT*

                                                          s/Debbie Stokes

                                                   *Signature of Clerk or Deputy Clerk*